KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (STATE BAR NO. 107988)
MEHRNAZ BOROUMAND SMITH (STATE BAR NO. 197271)
RYAN BRICKER (STATE BAR NO. 269100)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  jgilliland@kilpatricktownsend.com; mboroumand@kilpatricktownsend.com;
rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC.,<br><br>                    Plaintiff,<br><br>           v.<br><br>360HEROS, INC.,<br><br>                    Defendant. | Case No. 16-cv-01944-NC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date:   July 20, 2016<br>Time:  10:00 a.m.<br>Ctrm.:  7, 4th Floor<br>            Hon. Nathanael Cousins |

Plaintiff GoPro, Inc. ("GoPro") submits this request to continue the Case Management Conference. The Initial Case Management Conference in this action is currently scheduled to take place on July 20, 2016, at 10:00 a.m. In light of ongoing settlement discussions, and the fact that Defendant 360Heros, Inc. ("360Heros") has not yet filed its answer, GoPro hereby requests that the conference be continued for six weeks, until August 24, 2016, or as soon as possible thereafter.

GoPro filed its Complaint on April 13, 2016. 360Heros returned its Waiver of Service of Summons form, setting its deadline to answer or otherwise respond to the Complaint for sixty (60) days from June 23, 2016. Accordingly, 360Heros' deadline to respond is August 22, 2016. The parties also have exchanged settlement proposals. Under these circumstances, GoPro believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount

1  of time to allow settlement discussions to proceed, and to permit 360Heros to respond to the
2  Complaint as necessary.  Accordingly, GoPro respectfully requests that the Initial Case
3  Management Conference, currently set for July 20, be continued for six weeks until August 24,
4  2016.  The requested extension will not affect the Court's case management schedule.

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

DATED:  July 13, 2016          By:          /s/ *Ryan Bricker*
                                      RYAN BRICKER

Attorneys for Plaintiff
GOPRO, INC.

**ORDER**

The case management conference is continued to August 24, 2016. An updated joint case management statement is due August 17, 2016.

IT IS SO ORDERED.

DATED: July 19, 2016

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA