**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:     (949) 553-1010
Facsimile:     (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendant
360HEROS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation, | Case No.: 16-cv-01944-SI |
| Plaintiff, | |
| vs. | Hon. Susan Illston |
| 360HEROS, INC., a Delaware corporation, | **Certificate Regarding Non-party Interested Entities or Persons** |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 24, 2016

**GAUNTLETT & ASSOCIATES**

By:     /s/ James A. Lowe
        James A. Lowe
Attorneys for Defendant
360HEROS, INC.