UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>360HEROS, INC.,<br><br>    Defendants. | Case No. 16-cv-01944-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 3, 2017.

DESIGNATION OF EXPERTS: 1/8/18; REBUTTAL: 1/31/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 28, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 23, 2018;
    Opp. Due: April 6, 2018; Reply Due: April 13, 2018;
    and set for hearing no later than April 27, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 5, 2018 at 3:30 PM.

JURY TRIAL DATE: June 18, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Parties to file stipulated protective order for Court's approval on 6/23/17.

Parties are hereby ordered to lodge Northern District Model Order regarding Electronically Stored Information (including default provision permitting five custodians) for Court's approval on or before 6/30/17.

Plaintiff shall serve documents re: damages by 6/30/17.

Defendant shall serve documents discussed at the hearing (for Kintner deposition) by 6/30/17.

Patent Local Rule Damages Contentions due 8/4/17, responsive contentions due by 8/28/17.

This case shall be referred to a Magistrate Judge for settlement purposes. The settlement conference shall occur in September 2017.

The Court granted plaintiff leave to file 40 page summary judgment briefs. Defendant will be allowed the same in opposition.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/26/17

_____
SUSAN ILLSTON
United States District Judge