| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
|  | MEHRNAZ BOROUMAND SMITH (SBN 197271) |
| 2 | RYAN BRICKER (SBN 269100) |
|  | BYRON R. CHIN (SBN 259846) |
| 3 | Two Embarcadero Center, Suite 1900 |
|  | San Francisco, California  94111 |
| 4 | Telephone: (415) 576-0200 |
|  | Facsimile:  (415) 576-0300 |
| 5 | Email:    mboroumand@kilpatricktownsend.com |
|  |                rbricker@kilpatricktownsend.com |
| 6 |                bchin@kilpatricktownsend.com |

KILPATRICK TOWNSEND & STOCKTON LLP
MEGAN M. CHUNG (SBN 232044)
ERWIN L. CENA (SBN 272960)
12730 High Bluff Drive, Suite 400
San Diego, California  92130
Telephone: (858) 350-6100
Facsimile:  (858) 350-6111
Email:    mchung@kilpatricktownsend.com
               ecena@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

GAUNTLETT & ASSOCIATES
DAVID A. GAUNTLETT (SBN 96399)
JAMES A. LOWE (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone: (949) 553-1010
Facsimile:  (949) 553-2050
Email:    info @gauntlettlaw.com
               jal@gauntlettlaw.com

Attorneys for Defendant
360HEROS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation, | Case No. 5:16-cv-1944-SI |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSIVE DAMAGES CONTENTIONS DEADLINE** |
| v. |  |
| 360HEROS, INC., a Delaware corporation, |  |
| Defendant. |  |

1  Pursuant to Local Rules 6-1 and 6-2, Plaintiff GoPro, Inc. and Defendant 360Heros, Inc.
2  hereby jointly stipulate to a request that the Court extend GoPro's deadline to serve its Patent L.R. 3-9
3  responsive damages contentions.  The requested extension of time does not affect the remainder of the
4  case schedule forth by the Court.  (Declaration of Ryan Bricker in Support of Stipulation to Continue
5  Responsive Damages Contentions Deadline  ("Bricker Dec."), filed concurrently herewith, ¶ 3.)
6  Patent Local Rule 3-9 calls for service of GoPro's responsive damages contentions thirty (30)
7  days after 360Heros' contentions.  GoPro's deadline for serving its Patent L.R. 3-9 contentions is
8  currently set for August 28, 2017, leaving GoPro only twenty-four (24) days to respond.  (Docket 74
9  at 2.)  GoPro requests the thirty (30) days allowed under Patent Local Rule 3-9 to serve its responsive
10 damages contentions, and therefore sought and secured 360Heros' stipulation to continue GoPro's
11 deadline until September 5, 2017.  (Bricker Decl. ¶ 4.)

13 Dated:  August 17, 2017          Respectfully submitted,

14                                  KILPATRICK TOWNSEND & STOCKTON LLP

16                                  By:      /s/ *Mehrnaz Boroumand Smith*
                                             Mehrnaz Boroumand Smith

18                                  Attorneys for Plaintiff
                                    GOPRO, INC.

20 Dated: August 17, 2017           GAUNTLETT & ASSOCIATES

22                                  By:      /s/ *James A. Lowe*
                                             James A. Lowe

24                                  Attorneys for Defendant
                                    360HEROS, INC.

25 / / /
26 / / /
27 / / /
28 / / /

Case 3:16-cv-01944-SI   Document 81   Filed 08/17/17   Page 3 of 3

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

Dated: August 17, 2017

                                                          /s/ *Mehrnaz Boroumand Smith*
                                                          Mehrnaz Boroumand Smith

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

                                                            Hon. Susan Illston
                                                        United States District Judge

70064293V.1