KILPATRICK TOWNSEND & STOCKTON LLP
MEHRNAZ BOROUMAND SMITH (SBN 197271)
RYAN BRICKER (SBN 269100)
BYRON R. CHIN (SBN 259846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:    mboroumand@kilpatricktownsend.com
          rbricker@kilpatricktownsend.com
          bchin@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
MEGAN M. CHUNG (SBN 232044)
ERWIN L. CENA (SBN 272960)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email:    mchung@kilpatricktownsend.com
          ecena@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

GAUNTLETT & ASSOCIATES
DAVID A. GAUNTLETT (SBN 96399)
JAMES A. LOWE (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
Email:    info @gauntlettlaw.com
          jal@gauntlettlaw.com

Attorneys for Defendant
360HEROS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation,<br><br>                  Plaintiff,<br><br>          v.<br><br>360HEROS, INC., a Delaware corporation,<br><br>                  Defendant. | Case No. 5:16-cv-1944-SI<br><br>**STIPULATION TO CONTINUE RESPONSIVE DAMAGES CONTENTIONS DEADLINE** |

STIPULATION TO CONTINUE RESPONSIVE DAMAGES
CONTENTIONS DEADLINE – Case No. 16-cv-01944-SI

1    Pursuant to Local Rules 6-1 and 6-2, Plaintiff GoPro, Inc. and Defendant 360Heros, Inc.
2  hereby jointly stipulate to a request that the Court extend GoPro's deadline to serve its Patent L.R. 3-9
3  responsive damages contentions.  The requested extension of time does not affect the remainder of the
4  case schedule forth by the Court.  (Declaration of Ryan Bricker in Support of Stipulation to Continue
5  Responsive Damages Contentions Deadline  ("Bricker Dec."), filed concurrently herewith, ¶ 3.)
6    Patent Local Rule 3-9 calls for service of GoPro's responsive damages contentions thirty (30)
7  days after 360Heros' contentions.  GoPro's deadline for serving its Patent L.R. 3-9 contentions is
8  currently set for August 28, 2017, leaving GoPro only twenty-four (24) days to respond.  (Docket 74
9  at 2.)  GoPro requests the thirty (30) days allowed under Patent Local Rule 3-9 to serve its responsive
10  damages contentions, and therefore sought and secured 360Heros' stipulation to continue GoPro's
11  deadline until September 5, 2017.  (Bricker Decl. ¶ 4.)

13  Dated:  August 17, 2017              Respectfully submitted,

                                         KILPATRICK TOWNSEND & STOCKTON LLP


                                         By:        /s/ *Mehrnaz Boroumand Smith*
                                                        Mehrnaz Boroumand Smith

                                         Attorneys for Plaintiff
                                         GOPRO, INC.


20  Dated:  August 17, 2017              GAUNTLETT & ASSOCIATES


                                         By:          /s/ *James A. Lowe*
                                                         James A. Lowe

                                         Attorneys for Defendant
                                         360HEROS, INC.

25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION TO CONTINUE RESPONSIVE DAMAGES
CONTENTIONS DEADLINE – Case No. 16-cv-01944-SI

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

Dated: August 17, 2017

/s/ *Mehrnaz Boroumand Smith*
Mehrnaz Boroumand Smith

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/18/17

Hon. Susan Illston
United States District Judge

70064293V.1