KILPATRICK TOWNSEND & STOCKTON LLP
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
RYAN BRICKER (State Bar No. 269100)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: mboroumand@kilpatricktownsend.com
         rbricker@kilpatricktownsend.com
         bchin@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
MEGAN M. CHUNG (State Bar No. 232044)
ERWIN L. CENA (State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, California  92130
Telephone:  (858) 350-6100
Facsimile:  (858) 350-6111
Email:  mchung@kilpatricktownsend.com
         ecena@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>360HEROS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 16-cv-1944 (SI)<br><br>**PLAINTIFF GOPRO INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:        October 27, 2017<br>Time:       9:00 a.m.<br>Ctrm.:      1, 17th Floor<br>            Hon. Susan Illston |

Pursuant to Civil Local Rules 7-11(a), 79-5(d), and 79-5(e), and the Court's Standing Order, Plaintiff GoPro, Inc., ("Plaintiff" or "GoPro") respectfully moves the Court for administrative relief to file under seal documents designated confidential or highly confidential by Defendant 360Heros, Inc. ("Defendant" or "360Heros") (collectively, "the Requested Sealed Documents").

GoPro's Motion to Compel includes documents that 360Heros has designated as containing Confidential or Highly Confidential—Attorneys' Eyes Only information.  Under the Protective Order entered by this Court on June 26, 2017 (Dkt. 73, "the Protective Order"), GoPro is required to file these documents under seal.  For these materials, GoPro relies on 360Heros' designations to support its Administrative Motion to File Documents Under Seal.

The documents 360Heros has designated as confidential or highly confidential may be identified as follows:

| Document | Portions Sought to be Sealed |
| --- | --- |
| Exhibit R to the Declaration of Byron R. Chin in Support of GoPro's Motion to Compel ("Chin Decl.") | Entire document |
| Exhibit T to Chin Decl. | Entire document |
| Exhibit U to Chin Decl. | Entire document |

In addition, in an abundance of caution, GoPro seeks to seal the following documents that reference materials that 360Heros has designated as confidential or highly confidential.  GoPro's request is narrowly tailored to seal only portions of these documents that reference 360Heros' confidential material:

| Document | Portions Sought to be Sealed |
| --- | --- |
| Plaintiff GoPro, Inc.'s Notice of Motion and Motion to Compel | Portions of document appearing on pages 1, 9, 10, 12, 13, and 15 through 20 |
| Exhibit N to Chin Decl. | Portions of document appearing on pages 2 through 4 |
| Exhibit O to Chin Decl. | Portions of document appearing on pages 5 through 7 |

| Document | Portions Sought to be Sealed |
|---|---|
| Exhibit P to Chin Decl. | Portions of document appearing on pages 4 and 5 |

This Motion is supported by the Declaration of Byron R. Chin and a [Proposed] Order. Pursuant to Civil Local Rules 79-5(d) and 79-5(e), GoPro lodges the Requested Sealed Documents with this Court, and respectfully requests leave to file these documents under seal.

A Proposed Order is being filed concurrently with this motion for the Court's convenience.

DATED:  September 13, 2017          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By      _/s/ Mehrnaz Boroumand Smith_
MEHRNAZ BOROUMAND SMITH

Attorneys for Plaintiff
GOPRO, INC

70141370V.1

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL          - 2 -
Case No. 16-01944 (SI)