1  KILPATRICK TOWNSEND & STOCKTON LLP
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
2  RYAN BRICKER (State Bar No. 269100)
   BYRON R. CHIN (State Bar No. 259846)
3  Two Embarcadero Center, Suite 1900
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: mboroumand@kilpatricktownsend.com
          rbricker@kilpatricktownsend.com
6         bchin@kilpatricktownsend.com

7  KILPATRICK TOWNSEND & STOCKTON LLP
   MEGAN M. CHUNG (State Bar No. 232044)
8  ERWIN L. CENA (State Bar No. 272960)
   12730 High Bluff Drive, Suite 400
9  San Diego, California 92130
   Telephone: (858) 350-6100
10 Facsimile: (858) 350-6111
   Email: mchung@kilpatricktownsend.com
11        ecena@kilpatricktownsend.com

12 Attorneys for Plaintiff
   GOPRO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation, | Case No. 16-cv-1944 (SI) |
| Plaintiff, | **PLAINTIFF GOPRO INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| 360HEROS, INC., a Delaware corporation, | Date: November 3, 2017<br>Time: 9:00 a.m.<br>Ctrm: 1, 17th Floor<br>Hon. Susan Illston |
| Defendant. | |

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 16- 01944 (SI)

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-11(a), 79-5(d), and 79-5(e), and the Court's Standing Order, |
| 2 | Plaintiff GoPro, Inc., ("Plaintiff" or "GoPro") respectfully moves the Court for administrative relief to |
| 3 | file under seal documents designated as "Confidential" or "Highly Confidential – Attorneys' Eyes |
| 4 | Only" by Defendant 360Heros, Inc. ("Defendant" or "360Heros") or by GoPro (collectively, "the |
| 5 | Requested Sealed Documents"). |

Pursuant to Civil Local Rules 7-11(a), 79-5(d), and 79-5(e), and the Court's Standing Order, Plaintiff GoPro, Inc., ("Plaintiff" or "GoPro") respectfully moves the Court for administrative relief to file under seal documents designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendant 360Heros, Inc. ("Defendant" or "360Heros") or by GoPro (collectively, "the Requested Sealed Documents").

GoPro's Reply in Support of its Motion for Summary Judgment references materials that 360Heros has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information. Under the Protective Order entered by this Court on June 26, 2017 (Dkt. 73, "the Protective Order"), GoPro is required to file these documents under seal. For these materials, GoPro relies on 360Heros' designations to support its Administrative Motion to File Documents Under Seal. GoPro's request is narrowly tailored to seal only portions of these documents that reference 360Heros' confidential material:

| Document | Portions Sought to be Sealed |
|---|---|
| Plaintiff GoPro, Inc.'s Reply in Support of Motion for Summary Judgment | Portions of document appearing on page 7. |

This Motion is supported by the Declaration of Byron R. Chin and a [Proposed] Order. Pursuant to Civil Local Rules 79-5(d) and 79-5(e), GoPro lodges the Requested Sealed Documents with this Court, and respectfully requests leave to file these documents under seal.

A Proposed Order is being filed concurrently with this motion for the Court's convenience.

DATED: October 13, 2017         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By   */s/ Mehrnaz Boroumand Smith*
     MEHRNAZ BOROUMAND SMITH

     Attorneys for Plaintiff
     GOPRO, INC

70265369V.1

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL         - 1 -
Case No. 16-01944 (SI)