KILPATRICK TOWNSEND & STOCKTON LLP
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
RYAN BRICKER (State Bar No. 269100)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mboroumand@kilpatricktownsend.com
   rbricker@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
MEGAN M. CHUNG (State Bar No. 232044)
ERWIN L. CENA (State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: mchung@kilpatricktownsend.com
   ecena@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>360HEROS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 16-1944 (SI)<br><br>**DECLARATION OF BYRON R. CHIN IN SUPPORT OF GOPRO, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:　　November 3, 2017<br>Time:　　9:00 a.m.<br>Ctrm:　　1, 17th Floor<br>　　　　　Hon. Susan Illston |

1       I, Byron R. Chin, upon personal knowledge or information and belief, state as follows:

2       1.      I am an attorney and a member of the bar of the State of California. I am an associate with Kilpatrick Townsend & Stockton LLP, and represent GoPro, Inc. in this litigation. I am over the age of 18 and otherwise competent to make this declaration.

3       2.      I submit this declaration pursuant to Civil Local Rule 79-5(d) in support of GoPro's Administrative Motion to File Documents Under Seal. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto under oath.

4       3.      GoPro requests sealing of materials that the parties have designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order entered by this Court on June 26, 2017 (Dkt. 73 "the Protective Order"). I have reviewed each of the following documents discussed below.

5       4.      GoPro seeks to seal portions of Plaintiff GoPro, Inc.'s Reply in support of its Motion for Summary Judgment on page 7, which reference materials that 360Heros has designated as "Confidential" or Highly Confidential – Attorneys' Eyes Only." Accordingly, GoPro relies on 360Heros' designations to support its Administrative Motion to File Documents Under Seal.

        I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October, 2017, at San Francisco, California.

                                                /s/ *Byron R. Chin*
                                                BYRON R. CHIN

70265349V.1