KILPATRICK TOWNSEND & STOCKTON LLP
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
RYAN BRICKER (State Bar No. 269100)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mboroumand@kilpatricktownsend.com
        rbricker@kilpatricktownsend.com
        bchin@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
MEGAN M. CHUNG (State Bar No. 232044)
ERWIN L. CENA (State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: mchung@kilpatricktownsend.com
        ecena@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation, | Case No. 16-1944 (SI) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF GOPRO INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 360HEROS, INC., a Delaware corporation, | |
| Defendant. | Date: November 3, 2017<br>Time: 9:00 a.m.<br>Ctrm: 1, 17th Floor<br>Hon. Susan Illston |

1        Plaintiff GoPro, Inc.'s Administrative Motion to File Documents Under Seal, was brought

2 before this Court.  Upon consideration of the Motion, the supporting Declaration of Byron R. Chin

3 and the Proposed Order, the Court finds there to be good cause and compelling reasons to grant

4 GoPro's request to file portions of certain documents under seal.

5        GOOD CAUSE and compelling reasons having been shown, the Court finds that:

6       1.     The designating parties possess overriding confidentiality interests that overcome the

7 right of public access to the record of the following documents:

8

| Document | Portions Sought to be Sealed | Entity that Designated the Information to be Confidential |
|---|---|---|
| Plaintiff GoPro, Inc.'s Reply in Support of Motion for Summary Judgment | Portions of document appearing on page 7. | Defendant 360Heros, Inc. |

12       2.     The proposed sealing is narrowly tailored; and

13       3.     No less restrictive means exist to achieve this overriding interest.

14       IT IS SO ORDERED.

15

16

17 Dated: _____, 2017           _____

                                           Honorable Susan Illston

18                                          UNITED STATES DISTRICT JUDGE

19

20

21 70265720V.1

22

23

24

25

26

27

28