KILPATRICK TOWNSEND & STOCKTON LLP
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
RYAN BRICKER (State Bar No. 269100)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mboroumand@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com
       bchin@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
MEGAN M. CHUNG (State Bar No. 232044)
ERWIN L. CENA (State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: mchung@kilpatricktownsend.com
       ecena@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>360HEROS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 16-1944 (SI)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: November 3, 2017<br>Time: 9:00 a.m.<br>Ctrm.: 1, 17th Floor<br>Hon. Susan Illston |

|   |   |
|---|---|
| 1 | I, Esther Casillas declare: |
| 2 | I am employed in the County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Kilpatrick Townsend & Stockton, LLP, Two Embarcadero Center, Suite 1900, San Francisco, CA 94111. |
| 3 | |
| 4 | |
| 5 | <u>By Email Transmission and First-Class Mail</u>: I caused such document[s] to be sent by email transmission to the party(ies) indicated. |
| 6 | |
| 7 | Following said practice, on the date set forth below, I served a true and accurate copy addressed as follows of the attached document entitled: |
| 8 | **PLAINTIFF GOPRO, INC.'S REPLY IN SUPPORT OF MOTION TO FOR SUMMARY JUDGMENT – UNREDACTED** |
| 9 | on the following: |
| 10 | David A. Gauntlett |
| 11 | James A. Lowe<br>GAUNTLETT & ASSOCIATES |
| 12 | 18400 Von Karman, Suite 300<br>Irvine, California  92612 |
| 13 | Telephone:   (949) 553-1010<br>Facsimile:    (949) 553-2050 |
| 14 | E Email:      info@gauntlettlaw.com<br>                    jal@gauntlettlaw.com |
| 15 | ECS@gauntlettlaw.com<br>SMA@gauntlettlaw.com |
| 16 | |
| 17 | I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct, and that this declaration was executed on October 13, 2017 at San Francisco, California. |
| 18 | |
| 19 | |
| 20 | |
| 21 | _____ |
| 22 | Esther Casillas |
| 23 | |
| 24 | |
| 25 | 70256732V.1 |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE                                                                                                  - 1 -
Case No. 16-1944 (SI)