UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> 360HEROS, INC., <br><br> Defendant. | Case No. 16-cv-01944-SI <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 157 |

Currently before the Court is defendant 360Heros' motion for leave to file a motion for reconsideration. Dkt. No. 157. 360Heros' seeks reconsideration of a portion of the Court's January 16, 2018 minute order stating that Mr. Kinter's deposition shall occur in California before the end of January 2018. Dkt. No. 156.

Having carefully considered the papers submitted, the Court hereby GRANTS defendant's request for leave to file a motion for reconsideration and will treat defendant's papers as such. Accordingly, the Court hereby orders that Mr. Kinter may be deposed via video conference from New York. Plaintiff is instructed to set up the video conference. The deposition is to take place by the end of the month. Counsel may attend the deposition remotely.

**IT IS SO ORDERED**.

Dated: January 22, 2018

SUSAN ILLSTON
United States District Judge