UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC.,<br>   Plaintiff,<br>  v.<br>360HEROS, INC.,<br>   Defendant. | Case No. 16-cv-01944-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 159 |

Currently before the Court is plaintiff GoPro's motion for leave to file a motion for reconsideration. Dkt. No. 159. GoPro seeks reconsideration of a limited portion of the Court's November 28, 2017 Order limiting the deposition of Mr. Kinter to three hours. Dkt. No. 151.

Having carefully considered the papers submitted, the Court hereby GRANTS plaintiff's request for leave to file a motion for reconsideration and will treat plaintiff's papers as such. Accordingly, the Court hereby orders that Mr. Kinter may be deposed for up to six (6) hours,

**IT IS SO ORDERED**.

Dated: January 26, 2018

_____
SUSAN ILLSTON
United States District Judge