UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>360HEROS, INC.,<br><br>    Defendant. | Case No. 16-cv-01944-SI<br><br>**ORDER RE DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 124, 128, 134 |

On January 16, 2018, the parties appeared before the Court for a telephonic status conference. Dkt. No. 156. During that time, the parties advised the Court of three outstanding discovery disputes. Dkt. Nos. 124, 128, and 134.

GoPro moves the Court for an order that document Bates No. 360H-02458-02459 produced by 360Heros cannot be clawed back as privileged. GoPro also petitions the Court to require production of all versions of the document. Dkt. No. 124. 360Heros opposes the request. Dkt. No. 128. Having reviewed the parties' submissions, the Court GRANTS GoPro's request and finds that attorney-client privilege was waived, the document cannot be clawed back as privileged, and 360Heros must produce the original, unredacted document. Dkt. Nos. 124, 128.

360Heros moves for sanctions under FRCP 26(c) and 37(b) for GoPro's alleged unauthorized disclosure of 360Hero's confidential information. Dkt. 134. GoPro disputes the allegation. The Court finds finds that the record does not demonstrate the information was shared inappropriately or for any reason other than the purposes of the case, and therefore DENIES 360Heros' request.

**IT IS SO ORDERED**.

Dated: January 26, 2018

_____
SUSAN ILLSTON
United States District Judge