**KILPATRICK TOWNSEND & STOCKTON LLP**
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
RYAN BRICKER (State Bar No. 269100)
BYRON R. CHIN (State Bar No. 259846)
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  mboroumand@kilpatricktownsend.com
Email:  rbricker@kilpatricktownsend.com
Email:  bchin@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
MEGAN M. CHUNG (State Bar No. 232044)
ERWIN L. CENA (State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email:  mchung@kilpatricktownsend.com
Email:  ecena@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
WILLIAM E. MOSLEY (State Bar No. 280495)
1080 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 326-2400
Email:  wmosley@kilpatricktownsend.com

Attorneys for Plaintiff
GOPRO, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>360HEROS, INC., a Delaware corporation,<br><br>            Defendant. | Case No.: 16-cv-01944-SI<br><br>**NOTICE OF APPEARANCE OF WILLIAM E. MOSLEY** |

1  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  NOTICE IS HEREBY GIVEN that William E. Mosley of Kilpatrick Townsend & Stockton

3  LLP hereby notes his appearance in the above-entitled action and his contact information is as

4  follows:

KILPATRICK TOWNSEND & STOCKTON, LLP
WILLIAM E. MOSLEY (SBN 280495)
1080 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:  wmosley@kilpatricktownsend.com

Dated:  February 20, 2018                    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:  /s/ *William E. Mosley*
     WILLIAM E. MOSLEY

Attorneys for Plaintiff
GOPRO, INC.

70551307V.1