United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC.,<br>    Plaintiff,<br>    v.<br>360HEROS, INC.,<br>    Defendant. | Case No. 16-cv-01944-SI<br><br>**ORDER DENYING EXTENSION OF TIME**<br><br>Re: Dkt. No. 170 |

Defendant's motion for an extension of time re expert discovery dates has been reviewed. (Dkt. 170). Good cause for changing this deadline has not been shown. As stated in the Court's prior order (Dkt. 154), the parties must submit their expert rebuttal reports by **March 8, 2018**, and complete expert discovery by **April 6, 2018**.

**IT IS SO ORDERED**.

Dated: February 28, 2018

_____
SUSAN ILLSTON
United States District Judge